

# COURT OF APPEALS

# EIGHTH DISTRICT OF TEXAS

# EL PASO, TEXAS

No. 08-24-00065-CV

Kevin F. Karli, James W. Dobbs, Margaret E. Dobbs, Henry C. McQuaide, III,
Chris H. Hoegemeyer, Kyle W. Hoegemeyer, William H. Hoegemeyer II,
Sam Wigington, III, Justin T. Price, Robert Hugh Williams,
Gwendolyn S. Williams, Stephanie R. Saculla, John Cody Saculla,
Patrick Clarke, Kathryn E. Clarke, and Mary Catherine Davis,
Independent Executrix of the Estate of Joe R. Davis, Appellants

v.

Claude Wilson, Mary Claudene Brewer, Arleigh P. Helfer,
Melany Rae Helfer-Hullett, Wendi Rene Hughes, Karen Sue Schaible,
John Weldon Allums, Alvin Reese Helfer and Jason Reed Helfer, Appellees

On Appeal from the 472nd District Court
Brazos County, Texas
Trial Court No. 22-000428-CV-472

# JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore affirm in part and reverse in part the trial court's judgment of the court below. We render judgment that, with respect to the 196.7–acre tract described in the deed dated December 20, 1950, recorded in Volume 147, Page 251 of the Deed Records of Brazos County, Texas: the heirs and assigns of C.R. Wilson own a 1/4 non-participating mineral interest, stripped of all attributes aside from the right to receive royalty payments in the amount of 1/4 of the lease royalty under the current and any future leases; and the heirs and assigns of Mary Ida Wilson Allums own an equivalent 1/4 non-participating mineral interest, stripped of all attributes aside from the right to receive royalty payments in the amount of 1/4 of the lease royalty under the current and any future leases. We further order each party to bear their own costs of this proceeding. This decision shall be certified below for observance.

IT IS SO ORDERED this 30th day of October 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.